**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 04-11979-SPS |
| | § | |
| WILLIS DOMINGO | § | |
| | § | |
| | § | |
| | § | |
| Debtor | § | |

**TRUSTEE'S FINAL REPORT**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter <u>7</u> of the United States Bankruptcy Code was filed on <u>03/26/2004</u>. The undersigned trustee was appointed on <u>03/26/2004</u>.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                                                   $20,332.26

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | $0.00 |
   | Administrative expenses | $56.10 |
   | Other Payments to creditors | $0.00 |
   | Non-estate funds paid to 3rd Parties | $0.00 |
   | Exemptions paid to the debtor | $0.00 |
   | Other payments to the debtor | $0.00 |
   | Leaving a balance on hand of[1] | $20,276.16 |

   The remaining funds are available for distribution.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rate to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 10/25/2005 and the deadline for filing government claims was 10/24/2005. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,783.14. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $0.00, for a total compensation of $0.00[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $630.61, for total expenses of $630.61.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 01/05/2011                    By:    /s/ David P. Leibowitz
                                           Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher that the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 04-11979-SPS | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | DOMINGO, WILLIS | Date Filed (f) or Converted (c): | 03/26/2004 (f) |
| For the Period Ending: | 1/5/2011 | §341(a) Meeting Date: | 05/11/2004 |
| | | Claims Bar Date: | 10/25/2005 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. DA=§ 554(c) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| **Ref. #** | | | | | |
| 1  CASH ON HAND | $50.00 | $50.00 | DA | $0.00 | FA |
| 2  CASH ON HAND | $100.00 | $100.00 | DA | $0.00 | FA |
| **Asset Notes:** scheduled on line 2 of schedule B | | | | | |
| 3  HOUSEHOLD GOODS AND FURNISHINGS | $1,000.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** trustee to inspect contents of condo | | | | | |
| 4  BOOKS AND ART OBJECTS | $200.00 | $200.00 | DA | $0.00 | FA |
| 5  WEARING APPAREL | $300.00 | $0.00 | DA | $0.00 | FA |
| 6  PENSION PLANS AND PROFIT SHARING | $16,000.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** Fidelity Simple IRA 103-743380 | | | | | |
| 7  PENSION PLANS AND PROFIT SHARING | $15,000.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** Vanguard Roth IRA 9918953305 trustee to object to March 04 contribution | | | | | |
| 8  STOCK AND BUSINESS INTERESTS | $0.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** 1000 shares Marc Verlaine Studio, Inc | | | | | |
| 9  STOCK AND BUSINESS INTERESTS | $0.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** 40% interest in Sports Wear, LLC | | | | | |
| 10 AUTOMOBILES AND OTHER VEHICLES | $19,000.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** 2003 Nissan Xterra | | | | | |
| 11 MACHINERY, FIXTURES, AND BUSINESS EQUIPMENT | $350.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** Nikon D1 E162072, Mamiva RZ 67 103 663, Nikon F4 240787, 3 lighting heads 2554, 16868, 16870 | | | | | |
| 12 MACHINERY, FIXTURES, AND BUSINESS EQUIPMENT | $400.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** Sony Video Camera 104438, Canon Video Camera 2001/ 227202635 | | | | | |
| 13 REAL ESTATE | $240,000.00 | $7,500.00 | OA | $0.00 | FA |
| **Asset Notes:** Condo - 211 E. Ohio apt 1813 | | | | | |
| 14 NON EXEMPT PORTION OF ROTH IRA, ASSET #7 (u) | $0.00 | $3,000.00 | DA | $3,000.00 | FA |
| 15 Adversary Proceeding (u) | $0.00 | $25,000.00 | | $17,200.00 | FA |
| **Asset Notes:** Adv Proceeding for fraud. 05 A 830 | | | | | |
| INT Interest Earned (u) | Unknown | Unknown | | $132.26 | Unknown |

**TOTALS (Excluding unknown value)**      **Gross Value of Remaining Assets**

                  $292,400.00      $35,850.00                  $20,332.26      $0.00

**Major Activities affecting case closing:**

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| Case No.: | 04-11979-SPS | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | DOMINGO, WILLIS | | Date Filed (f) or Converted (c): | 03/26/2004 (f) |
| For the Period Ending: | 1/5/2011 | | §341(a) Meeting Date: | 05/11/2004 |
| | | | Claims Bar Date: | 10/25/2005 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. DA=§ 554(c) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |

| | |
|---|---|
| 06/20/2010 | Debtor is paying settlement monthly 01/29/09 |
| | Debtor is paying settlement DPL 01/04/10 |
| | |
| | Debtor is making payments on note and mortgage. Efforts to sell to date have been unsuccessful. Debtor making payments irregularly |
| 10/06/2010 | I prepared pleading on Motion to recharacterize claim - finish Exhibit A and have Eggum file |
| 10/06/2010 | File motion to recharacterize claims |
| 12/20/2010 | TFR Completed for Trustee's review. |

| | |
|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 12/31/2006 |
| **Current Projected Date Of Final Report (TFR):** | 12/31/2011 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| **Case No.** | 04-11979-SPS | | | **Trustee Name:** | David Leibowitz |
|---|---|---|---|---|---|
| **Case Name:** | DOMINGO, WILLIS | | | **Bank Name:** | The Bank of New York Mellon |
| **Primary Taxpayer ID #:** | ******6305 | | | **Money Market Acct #:** | ******9465 |
| **Co-Debtor Taxpayer ID #:** | | | | **Account Title:** | Money Market Account |
| **For Period Beginning:** | 3/26/2004 | | | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 1/5/2011 | | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 04/06/2010 | | Wire in from JPMorgan Chase Bank, N.A. account | Wire in from JPMorgan Chase Bank, N.A. account ********9465 | 9999-000 | $17,209.04 | | $17,209.04 |
| 04/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | $0.82 | | $17,209.86 |
| 05/28/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | $1.02 | | $17,210.88 |
| 06/25/2010 | (INT) | Bank of New York Mellon | Interest | 1270-000 | $0.73 | | $17,211.61 |
| 06/25/2010 | | Sterling Bank | Transfer Funds | 9999-000 | | $17,211.61 | $0.00 |
| | | | **TOTALS:** | | $17,211.61 | $17,211.61 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $17,209.04 | $17,211.61 | |
| | | | **Subtotal** | | $2.57 | $0.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $2.57 | $0.00 | |

| **For the period of 3/26/2004 to 1/5/2011** | | **For the entire history of the account between 04/06/2010 to 1/5/2011** | |
|---|---|---|---|
| Total Compensable Receipts: | $2.57 | Total Compensable Receipts: | $2.57 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2.57 | Total Comp/Non Comp Receipts: | $2.57 |
| Total Internal/Transfer Receipts: | $17,209.04 | Total Internal/Transfer Receipts: | $17,209.04 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $17,211.61 | Total Internal/Transfer Disbursements: | $17,211.61 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| **Case No.** | 04-11979-SPS | | | **Trustee Name:** | David Leibowitz |
|---|---|---|---|---|---|
| **Case Name:** | DOMINGO, WILLIS | | | **Bank Name:** | The Bank of New York Mellon |
| **Primary Taxpayer ID #:** | ******6305 | | | **Checking Acct #:** | ******9466 |
| **Co-Debtor Taxpayer ID #:** | | | | **Account Title:** | Checking Account |
| **For Period Beginning:** | 3/26/2004 | | | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 1/5/2011 | | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 04/06/2010 | | Wire in from JPMorgan Chase Bank, N.A. account | Wire in from JPMorgan Chase Bank, N.A. account ********9466 | 9999-000 | $459.45 | | $459.45 |
| 06/25/2010 | | Sterling Bank | Transfer Funds | 9999-000 | | $459.45 | $0.00 |
| | | | **TOTALS:** | | $459.45 | $459.45 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $459.45 | $459.45 | |
| | | | **Subtotal** | | $0.00 | $0.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $0.00 | |

**For the period of  3/26/2004 to 1/5/2011**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $459.45 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $0.00 |
| Total Internal/Transfer  Disbursements: | $459.45 |

**For the entire history of the account between 04/06/2010 to 1/5/2011**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $459.45 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $0.00 |
| Total Internal/Transfer  Disbursements: | $459.45 |

| Case No. | 04-11979-SPS | | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|---|
| Case Name: | DOMINGO, WILLIS | | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Primary Taxpayer ID #: | ******6305 | | | Money Market Acct #: | ******9465 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | Money Market Account |
| For Period Beginning: | 3/26/2004 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/5/2011 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/28/2004 | (14) | THE VANGUARD GROUP | | 1241-000 | $2,700.00 | | $2,700.00 |
| 07/30/2004 | (INT) | JPMORGAN CHASE BANK | Interest posting at 0.1500% | 1270-000 | $0.34 | | $2,700.34 |
| 08/31/2004 | (INT) | JPMORGAN CHASE BANK | Interest posting at 0.2000% | 1270-000 | $0.42 | | $2,700.76 |
| 09/30/2004 | (INT) | JPMORGAN CHASE BANK | Interest posting at 0.2000% | 1270-000 | $0.44 | | $2,701.20 |
| 10/29/2004 | (INT) | JPMORGAN CHASE BANK | Interest posting at 0.2500% | 1270-000 | $0.48 | | $2,701.68 |
| 11/30/2004 | (INT) | JPMORGAN CHASE BANK | Interest posting at 0.2500% | 1270-000 | $0.56 | | $2,702.24 |
| 12/09/2004 | (14) | Willis Domingo | non-exempt portion of Roth IRA | 1241-000 | $300.00 | | $3,002.24 |
| 12/31/2004 | (INT) | JPMORGAN CHASE BANK | Interest posting at 0.2500% | 1270-000 | $0.61 | | $3,002.85 |
| 01/31/2005 | (INT) | JPMORGAN CHASE BANK | Interest posting at 0.3000% | 1270-000 | $0.75 | | $3,003.60 |
| 02/21/2005 | 1001 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2005 FOR CASE #04-11979, Bond Premium for period 2/1/05-2/1/06 | 2300-000 | | $3.48 | $3,000.12 |
| 02/28/2005 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3500% | 1270-000 | $0.72 | | $3,000.84 |
| 03/31/2005 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3500% | 1270-000 | $0.89 | | $3,001.73 |
| 04/29/2005 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3500% | 1270-000 | $0.86 | | $3,002.59 |
| 05/31/2005 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3500% | 1270-000 | $0.89 | | $3,003.48 |
| 06/30/2005 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4000% | 1270-000 | $0.96 | | $3,004.44 |
| 07/29/2005 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4500% | 1270-000 | $1.04 | | $3,005.48 |
| 08/31/2005 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4500% | 1270-000 | $1.15 | | $3,006.63 |
| 09/30/2005 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5000% | 1270-000 | $1.18 | | $3,007.81 |
| 10/31/2005 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5500% | 1270-000 | $1.31 | | $3,009.12 |
| 11/30/2005 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5500% | 1270-000 | $1.36 | | $3,010.48 |
| 12/30/2005 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | $1.51 | | $3,011.99 |
| | | | **SUBTOTALS** | | $3,015.47 | $3.48 | |

**FORM 2**

Page No: 4

Exhibit B

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 04-11979-SPS | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | DOMINGO, WILLIS | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Primary Taxpayer ID #: | ******6305 | Money Market Acct #: | ******9465 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Money Market Account |
| For Period Beginning: | 3/26/2004 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/5/2011 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/31/2006 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | $1.70 | | $3,013.69 |
| 02/28/2006 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | $1.62 | | $3,015.31 |
| 03/31/2006 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | $1.79 | | $3,017.10 |
| 04/28/2006 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | $1.91 | | $3,019.01 |
| 05/31/2006 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | $2.05 | | $3,021.06 |
| 06/30/2006 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | $1.99 | | $3,023.05 |
| 07/31/2006 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | $2.05 | | $3,025.10 |
| 08/31/2006 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | $2.06 | | $3,027.16 |
| 09/05/2006 | (15) | Willis Domingo | September 2006 payment per settlement agreement. | 1149-000 | $1,000.00 | | $4,027.16 |
| 09/29/2006 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | $2.42 | | $4,029.58 |
| 10/06/2006 | (15) | Willis Domingo | Leibowitz v. Domingo 05-00830 Settlement | 1149-000 | $400.00 | | $4,429.58 |
| 10/31/2006 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | $3.00 | | $4,432.58 |
| 11/03/2006 | (15) | Willis Domingo | November payment per settlement agreement | 1149-000 | $400.00 | | $4,832.58 |
| 11/30/2006 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | $3.11 | | $4,835.69 |
| 12/05/2006 | (15) | Willis Domingo | per settlement agreement | 1149-000 | $400.00 | | $5,235.69 |
| 12/29/2006 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | $3.26 | | $5,238.95 |
| 01/18/2007 | (15) | Willis Domingo | January 2007 payment per settlement. | 1149-000 | $400.00 | | $5,638.95 |
| 01/31/2007 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | $3.56 | | $5,642.51 |
| 02/05/2007 | (15) | Willis Domingo | Payment against Mortgage - per settlement | 1149-000 | $400.00 | | $6,042.51 |
| 02/08/2007 | 1002 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/08/2007 FOR CASE #04-11979 | 2300-000 | | $8.22 | $6,034.29 |
| 02/08/2007 | 1002 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/08/2007 FOR CASE #04-11979 | 2300-003 | | ($8.22) | $6,042.51 |

**SUBTOTALS** $3,030.52 $0.00

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No.: | 04-11979-SPS | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | DOMINGO, WILLIS | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Primary Taxpayer ID #: | ******6305 | Money Market Acct #: | ******9465 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Money Market Account |
| For Period Beginning: | 3/26/2004 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/5/2011 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/08/2007 | 1003 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/08/2007 FOR CASE #04-11979, Bond #016026455 | 2300-000 | | $8.22 | $6,034.29 |
| 02/28/2007 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | $2.93 | | $6,037.22 |
| 03/02/2007 | (15) | Willis Domingo | per settlement agreement. | 1149-000 | $400.00 | | $6,437.22 |
| 03/30/2007 | (15) | Willis Domingo | per settlement | 1149-000 | $400.00 | | $6,837.22 |
| 03/30/2007 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | $3.38 | | $6,840.60 |
| 04/30/2007 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | $3.74 | | $6,844.34 |
| 05/04/2007 | (15) | Willis Domingo | per settlement agreement | 1149-000 | $400.00 | | $7,244.34 |
| 05/31/2007 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | $3.93 | | $7,248.27 |
| 06/07/2007 | (15) | Willis Domingo | per settlement agreement | 1149-000 | $400.00 | | $7,648.27 |
| 06/29/2007 | (15) | Willis Domingo | per settlement agreement | 1149-000 | $400.00 | | $8,048.27 |
| 06/29/2007 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | $3.87 | | $8,052.14 |
| 07/27/2007 | (15) | Willis Domingo | per settlement agreement | 1149-000 | $400.00 | | $8,452.14 |
| 07/31/2007 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | $4.52 | | $8,456.66 |
| 08/30/2007 | (15) | Willis Domingo | monthly payment per settlement | 1149-000 | $400.00 | | $8,856.66 |
| 08/31/2007 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | $4.65 | | $8,861.31 |
| 09/28/2007 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | $4.39 | | $8,865.70 |
| 10/04/2007 | (15) | Willis Domingo | monthly settlement payment | 1149-000 | $400.00 | | $9,265.70 |
| 10/31/2007 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | $5.37 | | $9,271.07 |
| 11/01/2007 | (15) | Willis Domingo | monthly settlement payment | 1149-000 | $400.00 | | $9,671.07 |
| 11/30/2007 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | $4.98 | | $9,676.05 |
| 12/04/2007 | (15) | Willis Domingo | monthly settlement payment | 1149-000 | $400.00 | | $10,076.05 |
| 12/31/2007 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | $5.07 | | $10,081.12 |
| 01/09/2008 | (15) | Willis Domingo | per settlement | 1149-000 | $400.00 | | $10,481.12 |
| 01/31/2008 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | $4.72 | | $10,485.84 |
| 02/27/2008 | (15) | Willis Domingo | Per settlement | 1149-000 | $800.00 | | $11,285.84 |
| 02/29/2008 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | $2.15 | | $11,287.99 |
| | | | **SUBTOTALS** | | $5,253.70 | $8.22 | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 04-11979-SPS | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | DOMINGO, WILLIS | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Primary Taxpayer ID #: | ******6305 | Money Market Acct #: | ******9465 |
| Co-Debtor Taxpayer ID #: |  | Account Title: | Money Market Account |
| For Period Beginning: | 3/26/2004 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/5/2011 | Separate bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/24/2008 | 1004 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2008 FOR CASE #04-11979 | 2300-000 |  | $12.12 | $11,275.87 |
| 03/31/2008 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | $2.08 |  | $11,277.95 |
| 04/04/2008 | (15) | Willis Domingo | per settlement agreement monthly payment | 1149-000 | $400.00 |  | $11,677.95 |
| 04/30/2008 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | $1.61 |  | $11,679.56 |
| 05/05/2008 | (15) | Willis Dominigo | Adversary proceeding | 1249-000 | $400.00 |  | $12,079.56 |
| 05/30/2008 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | $1.49 |  | $12,081.05 |
| 06/02/2008 | (15) | Willis Domingo | Monthly installment towards settlement | 1249-000 | $400.00 |  | $12,481.05 |
| 06/30/2008 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | $1.57 |  | $12,482.62 |
| 07/08/2008 | (15) | Willis Domingo | Monthly Payment- per settlement | 1249-000 | $400.00 |  | $12,882.62 |
| 07/31/2008 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | $1.62 |  | $12,884.24 |
| 08/08/2008 | (15) | Willis Domingo | monthly settlement installment | 1249-000 | $400.00 |  | $13,284.24 |
| 08/29/2008 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | $1.55 |  | $13,285.79 |
| 09/05/2008 | (15) | Willis Domingo | Monthly installment per order | 1249-000 | $400.00 |  | $13,685.79 |
| 09/30/2008 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | $1.77 |  | $13,687.56 |
| 10/08/2008 | (15) | Willis Domingo | Monthly Payment | 1249-000 | $400.00 |  | $14,087.56 |
| 10/31/2008 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | $1.51 |  | $14,089.07 |
| 11/28/2008 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | $1.10 |  | $14,090.17 |
| 12/31/2008 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.99 |  | $14,091.16 |
| 01/27/2009 | (15) | Willis Domingo | Per settlement | 1249-000 | $400.00 |  | $14,491.16 |
| 01/30/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.57 |  | $14,491.73 |
| 02/03/2009 |  | To Account #********9466 | TRANSFER OF FUNDS TO OPEN NEW BANK ACCOUNT WITH JPMORGAN CHASE BRANCH 312 | 9999-000 |  | $491.73 | $14,000.00 |
| 02/27/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.53 |  | $14,000.53 |
| 03/03/2009 | (15) | Willie Domingo | Per settlement | 1249-000 | $400.00 |  | $14,400.53 |
| 03/31/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.62 |  | $14,401.15 |
|  |  |  | **SUBTOTALS** |  | $3,617.01 | $503.85 |  |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 04-11979-SPS | **Trustee Name:** David Leibowitz |
| **Case Name:** | DOMINGO, WILLIS | **Bank Name:** JPMORGAN CHASE BANK, N.A. |
| **Primary Taxpayer ID #:** | ******6305 | **Money Market Acct #:** ******9465 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** Money Market Account |
| **For Period Beginning:** | 3/26/2004 | **Blanket bond (per case limit):** $5,000,000.00 |
| **For Period Ending:** | 1/5/2011 | **Separate bond (if applicable):** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 04/13/2009 | (15) | Willis Domingo | Per settlement | 1249-000 | $400.00 | | $14,801.15 |
| 04/30/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.59 | | $14,801.74 |
| 05/29/2009 | (15) | Willis Domingo | per settlement -05 A 830 | 1249-000 | $400.00 | | $15,201.74 |
| 05/29/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.58 | | $15,202.32 |
| 06/30/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.65 | | $15,202.97 |
| 07/14/2009 | (15) | Willis Domingo | Per settlement | 1249-000 | $400.00 | | $15,602.97 |
| 07/31/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.64 | | $15,603.61 |
| 08/25/2009 | (15) | Willis Domingo | Per settlement | 1249-000 | $400.00 | | $16,003.61 |
| 08/31/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.66 | | $16,004.27 |
| 09/30/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.65 | | $16,004.92 |
| 10/30/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.65 | | $16,005.57 |
| 11/30/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.67 | | $16,006.24 |
| 12/18/2009 | (15) | Willis Domingo | Per settlement | 1249-000 | $400.00 | | $16,406.24 |
| 12/31/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.67 | | $16,406.91 |
| 01/29/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.64 | | $16,407.55 |
| 02/03/2010 | (15) | Willis Domingo | Per settlement | 1249-000 | $400.00 | | $16,807.55 |
| 02/26/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.63 | | $16,808.18 |
| 03/24/2010 | (15) | Willis Domingo | | 1249-000 | $400.00 | | $17,208.18 |
| 03/31/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.75 | | $17,208.93 |
| 04/06/2010 | | Wire out to BNYM account ********9465 | Wire out to BNYM account ********9465 | 9999-000 | ($17,209.04) | | ($0.11) |
| 04/06/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | $0.11 | | $0.00 |

| | | | | **SUBTOTALS** | ($14,401.15) | $0.00 |
|---|---|---|---|---|---|---|

| | | |
|---|---|---|
| **Case No.** | 04-11979-SPS | **Trustee Name:** David Leibowitz |
| **Case Name:** | DOMINGO, WILLIS | **Bank Name:** JPMORGAN CHASE BANK, N.A. |
| **Primary Taxpayer ID #:** | ******6305 | **Money Market Acct #:** ******9465 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** Money Market Account |
| **For Period Beginning:** | 3/26/2004 | **Blanket bond (per case limit):** $5,000,000.00 |
| **For Period Ending:** | 1/5/2011 | **Separate bond (if applicable):** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| | | | **TOTALS:** | | $515.55 | $515.55 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | ($17,209.04) | $491.73 | |
| | | | **Subtotal** | | $17,724.59 | $23.82 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $17,724.59 | $23.82 | |

| **For the period of 3/26/2004 to 1/5/2011** | | **For the entire history of the account between 06/28/2004 to 1/5/2011** | |
|---|---|---|---|
| Total Compensable Receipts: | $17,724.59 | Total Compensable Receipts: | $17,724.59 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $17,724.59 | Total Comp/Non Comp Receipts: | $17,724.59 |
| Total Internal/Transfer Receipts: | ($17,209.04) | Total Internal/Transfer Receipts: | ($17,209.04) |
| | | | |
| Total Compensable Disbursements: | $23.82 | Total Compensable Disbursements: | $23.82 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $23.82 | Total Comp/Non Comp Disbursements: | $23.82 |
| Total Internal/Transfer Disbursements: | $491.73 | Total Internal/Transfer Disbursements: | $491.73 |

FORM 2
Page No: 9
Exhibit B
CASH RECEIPTS AND DISBURSEMENTS RECORD
Case 04-11979   Doc 122   Filed 01/05/11   Entered 01/05/11 11:42:41   Desc Main
Document   Page 13 of 20

| Case No. | 04-11979-SPS | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | DOMINGO, WILLIS | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Primary Taxpayer ID #: | ******6305 | | Checking Acct #: | ******9466 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Checking Account |
| For Period Beginning: | 3/26/2004 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/5/2011 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/03/2009 | | From Account #********9465 | TRANSFER OF FUNDS TO OPEN NEW BANK ACCOUNT WITH JPMORGAN CHASE BRANCH 312 | 9999-000 | $491.73 | | $491.73 |
| 02/03/2009 | 101 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/03/2009 FOR CASE #04-11979, 2009 Blanket Bond at .80/$1000 | 2300-000 | | $0.02 | $491.71 |
| 02/03/2009 | 101 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/03/2009 FOR CASE #04-11979, 2009 Blanket Bond at .80/$1000 | 2300-003 | | ($0.02) | $491.73 |
| 02/03/2009 | 102 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/03/2009 FOR CASE #04-11979, 2009 Blanket Bond Premium | 2300-000 | | $12.53 | $479.20 |
| 02/03/2009 | 102 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/03/2009 FOR CASE #04-11979, 2009 Blanket Bond Premium | 2300-003 | | ($12.53) | $491.73 |
| 03/09/2009 | 103 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2009 FOR CASE #04-11979 | 2300-000 | | $18.10 | $473.63 |
| 03/04/2010 | 104 | INTERNATIONAL SURETIES, LTD | Bond #016026455 | 2300-000 | | $14.18 | $459.45 |
| 04/06/2010 | | Wire out to BNYM account ********9466 | Wire out to BNYM account ********9466 | 9999-000 | ($459.45) | | $0.00 |
| | | | **TOTALS:** | | $32.28 | $32.28 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $32.28 | $0.00 | |
| | | | **Subtotal** | | $0.00 | $32.28 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $32.28 | |

| For the period of 3/26/2004 to 1/5/2011 | | For the entire history of the account between 02/03/2009 to 1/5/2011 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $32.28 | Total Internal/Transfer Receipts: | $32.28 |
| | | | |
| Total Compensable Disbursements: | $32.28 | Total Compensable Disbursements: | $32.28 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $32.28 | Total Comp/Non Comp Disbursements: | $32.28 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 04-11979-SPS | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | DOMINGO, WILLIS | | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | ******6305 | | Checking Acct #: | ******1979 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 3/26/2004 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/5/2011 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/25/2010 | | Bank of New York Mellon | Transfer Funds | 9999-000 | $459.45 | | $459.45 |
| | | | **TOTALS:** | | $459.45 | $0.00 | $459.45 |
| | | | **Less: Bank transfers/CDs** | | $459.45 | $0.00 | |
| | | | **Subtotal** | | $0.00 | $0.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $0.00 | |

**For the period of 3/26/2004 to 1/5/2011**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $459.45 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 06/25/2010 to 1/5/2011**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $459.45 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | |
|---|---|---|
| **Case No.** 04-11979-SPS | **Trustee Name:** | David Leibowitz |
| **Case Name:** DOMINGO, WILLIS | **Bank Name:** | Sterling Bank |
| **Primary Taxpayer ID #:** ******6305 | **Money Market Acct #:** | ******1979 |
| **Co-Debtor Taxpayer ID #:** | **Account Title:** | MMA |
| **For Period Beginning:** 3/26/2004 | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** 1/5/2011 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 06/25/2010 | | Bank of New York Mellon | Transfer Funds | 9999-000 | $17,211.61 | | $17,211.61 |
| 06/30/2010 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $0.14 | | $17,211.75 |
| 07/01/2010 | (15) | Willis Domingo | Per Settlement | 1249-000 | $2,600.00 | | $19,811.75 |
| 07/30/2010 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $0.82 | | $19,812.57 |
| 08/31/2010 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $0.84 | | $19,813.41 |
| 09/30/2010 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $0.81 | | $19,814.22 |
| 10/29/2010 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $0.84 | | $19,815.06 |
| 11/30/2010 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $0.81 | | $19,815.87 |
| 12/31/2010 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $0.84 | | $19,816.71 |
| | | | **TOTALS:** | | $19,816.71 | $0.00 | $19,816.71 |
| | | | **Less: Bank transfers/CDs** | | $17,211.61 | $0.00 | |
| | | | **Subtotal** | | $2,605.10 | $0.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $2,605.10 | $0.00 | |

**For the period of 3/26/2004 to 1/5/2011**

| | |
|---|---|
| Total Compensable Receipts: | $2,605.10 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,605.10 |
| Total Internal/Transfer Receipts: | $17,211.61 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 06/25/2010 to 1/5/2011**

| | |
|---|---|
| Total Compensable Receipts: | $2,605.10 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,605.10 |
| Total Internal/Transfer Receipts: | $17,211.61 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
Exhibit B
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 04-11979-SPS | **Trustee Name:** David Leibowitz |
| **Case Name:** | DOMINGO, WILLIS | **Bank Name:** Sterling Bank |
| **Primary Taxpayer ID #:** | ******6305 | **Money Market Acct #:** ******1979 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** MMA |
| **For Period Beginning:** | 3/26/2004 | **Blanket bond (per case limit):** $5,000,000.00 |
| **For Period Ending:** | 1/5/2011 | **Separate bond (if applicable):** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $20,332.26 | $56.10 | $20,276.16 |

| For the period of 3/26/2004 to 1/5/2011 | | For the entire history of the case between 03/26/2004 to 1/5/2011 | |
|---|---|---|---|
| Total Compensable Receipts: | $20,332.26 | Total Compensable Receipts: | $20,332.26 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $20,332.26 | Total Comp/Non Comp Receipts: | $20,332.26 |
| Total Internal/Transfer Receipts: | $18,162.79 | Total Internal/Transfer Receipts: | $18,162.79 |
| | | | |
| Total Compensable Disbursements: | $56.10 | Total Compensable Disbursements: | $56.10 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $56.10 | Total Comp/Non Comp Disbursements: | $56.10 |
| Total Internal/Transfer Disbursements: | $18,162.79 | Total Internal/Transfer Disbursements: | $18,162.79 |

Exhibit D

**TRUSTEE'S PROPOSED DISTRIBUTION**

Case No.:      04-11979-SPS
Case Name:     WILLIS DOMINGO
Trustee Name:  David P. Leibowitz

Balance on hand:  $20,276.16

Claims of secured creditors will be paid as follows:

Total to be paid to secured creditors:  $0.00
Remaining balance:  $20,276.16

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| DAVID P. LEIBOWITZ, Trustee Expenses | $630.61 | $0.00 | $630.61 |

Total to be paid for chapter 7 administrative expenses:  $630.61
Remaining balance:  $19,645.55

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses:  $0.00
Remaining balance:  $19,645.55

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $26,964.68 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---:|---|---:|---:|---:|
| 2 | Burney, Michelle | $580.00 | $0.00 | $428.57 |
| 3 | Beasley, Dorene L | $560.00 | $0.00 | $413.79 |
| 4 | Nathan Wollman | $688.68 | $0.00 | $508.87 |

| | | | | |
|---|---|---:|---:|---:|
| 6 | Home, Ivan D | $7.00 | $0.00 | $5.16 |
| 7 | Ernest W Armstrong | $580.00 | $0.00 | $428.57 |
| 9 | Kurt Gould | $600.00 | $0.00 | $443.34 |
| 10 | Kelly Hall | $500.00 | $0.00 | $369.45 |
| 11 | Sandra St. Cyr | $580.00 | $0.00 | $428.57 |
| 12 | Mark Maioni | $580.00 | $0.00 | $428.57 |
| 13 | Rebecca Gangolf | $580.00 | $0.00 | $428.58 |
| 14 | Suzanne Rosypal | $480.00 | $0.00 | $354.68 |
| 15 | Fiona Pang-Xayaphanh | $500.00 | $0.00 | $369.46 |
| 16 | Sabrina Stock | $600.00 | $0.00 | $443.35 |
| 18 | Nancy Aquilar | $580.00 | $0.00 | $428.58 |
| 19 | Aracelis De Ponce | $598.00 | $0.00 | $441.88 |
| 20 | Pamela Mincham | $580.00 | $0.00 | $428.58 |
| 21 | Janina Jimenez | $580.00 | $0.00 | $428.58 |
| 22 | Victoria Fred | $598.00 | $0.00 | $441.88 |
| 24 | Herbert ladd | $580.00 | $0.00 | $428.58 |
| 25 | Laura Gonzalez | $580.00 | $0.00 | $428.58 |
| 26 | Alicia Julovich | $245.00 | $0.00 | $181.04 |
| 27 | Angela Halterman | $500.00 | $0.00 | $369.46 |
| 28 | Kelly Trznadel | $580.00 | $0.00 | $428.58 |
| 29 | Burney, Michelle | $580.00 | $0.00 | $428.58 |
| 31 | Susan Andrews | $580.00 | $0.00 | $428.58 |
| 33 | Shannon Golden | $580.00 | $0.00 | $428.58 |
| 34 | Magdalena Boldak | $580.00 | $0.00 | $428.58 |
| 36 | Norma Domingue | $560.00 | $0.00 | $413.80 |
| 37 | Rose LaPorte | $560.00 | $0.00 | $413.80 |
| 38 | Ryan Kucsera | $580.00 | $0.00 | $428.58 |
| 39 | Tracie Blackwell | $580.00 | $0.00 | $428.58 |
| 40 | Gaden Laura | $580.00 | $0.00 | $428.58 |
| 41 | Dora Gavrilos | $580.00 | $0.00 | $428.58 |
| 43 | Matthew Burns | $580.00 | $0.00 | $428.58 |
| 44 | Ivory Harper | $580.00 | $0.00 | $428.58 |
| 45 | Cristina Ybarra | $580.00 | $0.00 | $428.58 |
| 46 | Megan Braun | $580.00 | $0.00 | $428.58 |
| 47 | Alisa Jo Monnier | $580.00 | $0.00 | $428.58 |
| 48 | Monika Belcik | $580.00 | $0.00 | $428.58 |
| 49 | Bryone Williams | $1,170.00 | $0.00 | $864.54 |

| | | | | |
|---|---|---:|---:|---:|
| 50 | Mario Whitaker | $580.00 | $0.00 | $428.58 |
| 501 | Mario Whitaker | $100.00 | $0.00 | $73.89 |
| 52 | Alec Humphries | $500.00 | $0.00 | $369.46 |
| 53 | June Hope Lanners | $500.00 | $0.00 | $369.46 |
| 55 | Megan Hoye | $800.00 | $0.00 | $591.14 |
| 56 | Javiera Vergara | $580.00 | $0.00 | $428.58 |
| 57 | Asia'a White | $860.00 | $0.00 | $635.48 |
| 58 | Illinois Department of Revenue | $378.00 | $0.00 | $0.00 |

Total to be paid to priority claims:　$19,645.55
Remaining balance:　$0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $735.73 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---:|---:|---:|
| 23 | Speakeasy.net | $314.73 | $0.00 | $0.00 |
| 30 | Corporation Service Co. | $421.00 | $0.00 | $0.00 |

Total to be paid to timely general unsecured claims:　$0.00
Remaining balance:　$0.00

Tardily filed claims of general (unsecured) creditors totaling $715.82 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---:|---:|---:|
| 59 | eCast Settlement Corp. Assignee of Household Bank | $715.82 | $0.00 | $0.00 |

|  |  |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |